927 A.2d 208

**James H. WILLIAMS, Petitioner,**

**v.**

**John S. SHAFFER, PH.D. Executive Deputy Secretary PA. Department of Corrections Right to Know Law Exceptions Officer, Respondent.**

Supreme Court of Pennsylvania.

June 26, 2007.

### *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is **Granted.** The Order of the Commonwealth Court is reversed and the matter is remanded to that court with direction to address the

624

petition for review on its merits. The Petition for Remand filed on behalf of Respondent is dismissed as moot.